**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 150 EAL 2018

           Respondent       :

                            :    Petition for Allowance of Appeal from

                            :    the Order of the Superior Court

           v.                    :

                            :

KEITH WILLIAMS,                :

                            :

           Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.